**FILED**

9/24/2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00211-DJC |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BRIAN ULYSSES ESQUEDA PEREZ, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release BRIAN ULYSSES ESQUEDA PEREZ – Case No. 2:23-cr-00211-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

_____   Release on Personal Recognizance

**X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED as of 9/27/2024 at 8:00 AM.  Defendant shall arrange for his own transportation to be admitted to WellSpace, 1550 Juliesse Avenue, Sacramento, CA 95815, before 2:00 PM on the day of release from custody.

_____   Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 9/24/2024 at 1:15 PM.

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE