**FILED**

3/26/2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ULYSSES ESQUEDA PÉREZ,<br><br>Defendant. | Case No.  2:23-cr-00211-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release BRIAN ULYSSES ESQUEDA PÉREZ – Case No. 2:23-cr-00211-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

       Unsecured Appearance Bond $

       Appearance Bond with 10% Deposit

**X**      Other:  Defendant sentenced to a term of imprisonment of TIME SERVED as of 3/27/2026.

**X**      Defendant shall be released to the custody of a member of staff for the Jericho Project between 8:00 AM and 10:00 AM on 3/27/2026.

Issued at Sacramento, California on 3/26/2026 at 9:35 AM.

_Daniel J. Calabretta_
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE