**FILED**

3/26/2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN ULYSSES ESQUEDA PÉREZ,

Defendant.

Case No.  2:23-cr-00211-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release BRIAN ULYSSES ESQUEDA PÉREZ – Case No. 2:23-cr-00211-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
| X | Other:  Defendant sentenced to a term of imprisonment of TIME SERVED as of 3/27/2026. |
| X | Defendant shall be released to the custody of a member of staff for the Jericho Project between 8:00 AM and 10:00 AM on 3/27/2026. |

Issued at Sacramento, California on 3/26/2026 at 9:35 AM.

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE